SCWC-14-0000987

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

DAVID T. FLEMING,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000987; 2PC061000570)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Petitioner/Defendant-Appellant's

motion for reconsideration, filed June 22, 2018,

IT IS HEREBY ORDERED that the motion is deemed

rejected. See Hawaiʻi Rules of Appellate Procedure Rule 40(d).

DATED: Honolulu, Hawaiʻi, July 16, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

